UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA MAGDALENA GARCIA HERNANDEZ,

     *Petitioner*,

v.                                 Case No. 3:26-cv-708-TJC-LLL

WARDEN RICK STALY, ETC., ET AL.,

     *Respondents*.
_____/

## ORDER

Through counsel, Petitioner filed a petition for writ of habeas corpus. (Doc. 1). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and *verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The petition fails to include a verification. Therefore, by **April 10, 2026**, Petitioner shall supplement her petition with a proper verification.

     **DONE AND ORDERED** at Jacksonville, Florida on April 1, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
copies:
Counsel of Record