UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA MAGDALENA GARCIA
HERNANDEZ,

                Petitioner,

v.                                          Case No. 3:26-cv-708-TJC-LLL

WARDEN RICK STALY, *in his*
*official capacity as Warden of the*
*Flagler County Jail*, et al.,

                Respondents.

_____

## **ORDER**

1.      The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1), the Verification Pursuant to 28 U.S.C. § 2242 (Doc. 4), and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and Sheriff Rick Staly, Flagler County Detention Facility, 1002 Justice Lane,

Bunnell, Florida 32110. All costs of service shall be advanced by the United States.

2.      Respondents, within **7 days** from the date of this Order, shall respond to the Petition, and show cause why the Petition should not be granted.

3.      If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

4.      If Petitioner is not represented by counsel, Petitioner must keep the Court apprised of Petitioner's current mailing address at all times, including if Petitioner is released. If Petitioner fails to do so, the Court may dismiss the action.

5.      The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6.     After Respondents file a response, Petitioner shall have **7 days** to file a reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of April, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies to:

Counsel of Record